1  James J. Arendt, Esq.         Bar No. 142937
2  Michelle E. Sassano, Esq.     Bar No. 232368

3  WEAKLEY & ARENDT, LLP
   1630 East Shaw Avenue, Suite 176
   Fresno, California 93710
4  Telephone: (559) 221-5256
   Facsimile:  (559) 221-5262
5

6  Attorneys for Defendant, COUNTY OF KINGS

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 | DAVID L. DAVIS, | ) CASE NO. 1:10-CV-01953-AWI-SMS |
12 | Plaintiff, | ) |
13 | v. | ) **STIPULATION AND ORDER TO CONTINUE CURRENTLY SET DEPOSITIONS BEYOND DISCOVERY CUT-OFF** |
14 | KINGS COUNTY PROBATION and DOES 1 to 50 inclusive, | ) (Doc. 25) |
15 | | ) |
16 | Defendants. | ) |

17

18     WHEREAS, Defendant currently has the depositions of Jesse Vidal, Candace Tibbons and
19 Sandra Guerrero set for February 21, 22 and 23, 2012. The parties stipulate that the three pending
20 depositions will be continued to a date beyond the non-expert discovery cut-off.
21     IT IS HEREBY STIPULATED, by, among and between the parties hereto through their
22 counsel of record that the depositions of Jesse Vidal, Candace Tibbons and Sandra Guerrero will be
23 continued and may be taken on a date beyond the discovery cut-off. The depositions will be
24 rescheduled for a date prior to May 30, 2012.
25     IT IS FURTHER STIPULATED, that non expert discovery cut-off is February 24, 2012. By
26 this stipulation, the parties are not agreeing to continue the non-expert discovery cut-off date for any
27 other interrogatories, request for production of documents, request for admissions or depositions.
28 / / /

| | | |
|---|---|---|
| 1 | DATED: February 17, 2012 | WEAKLEY & ARENDT, LLP |
| 3 | | By:   /s/ James J. Arendt |
| 4 | | James J. Arendt<br>Michelle E. Sassano<br>Attorneys for DEFENDANT COUNTY OF KINGS |

DATED: February 17, 2012                GUBLER, KOCH, DEGN & GOMEZ, LLP

By:   /s/ Thomas W. Degn
Thomas W. Degn
Attorneys for PLAINTIFF DAVID L. DAVIS

IT IS SO ORDERED.

**Dated:   February 22, 2012**                /s/ **Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

2