1  James J. Arendt, Esq.        Bar No. 142937
   Michelle E. Sassano, Esq.    Bar No. 232368
2
3  WEAKLEY & ARENDT, LLP
   1630 East Shaw Avenue, Suite 176
4  Fresno, California 93710
   Telephone: (559) 221-5256
5  Facsimile:  (559) 221-5262

6  Attorneys for Defendant, COUNTY OF KINGS

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| DAVID L. DAVIS, | CASE NO. 1:10-CV-01953-AWI-SMS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE CURRENTLY SET DEPOSITIONS BEYOND DISCOVERY CUT-OFF** |
| KINGS COUNTY PROBATION and DOES 1 to 50 inclusive, | (Doc. 25) |
| Defendants. | |

WHEREAS, Defendant currently has the depositions of Jesse Vidal, Candace Tibbons and Sandra Guerrero set for February 21, 22 and 23, 2012. The parties stipulate that the three pending depositions will be continued to a date beyond the non-expert discovery cut-off .

IT IS HEREBY STIPULATED, by, among and between the parties hereto through their counsel of record that the depositions of Jesse Vidal, Candace Tibbons and Sandra Guerrero will be continued and may be taken on a date beyond the discovery cut-off.  The depositions will be rescheduled for a date prior to May 30, 2012.

IT IS FURTHER STIPULATED, that non expert discovery cut-off is February 24, 2012.  By this stipulation, the parties are not agreeing to continue the non-expert discovery cut-off date for any other interrogatories, request for production of documents, request for admissions or depositions.

/ / /

| | | |
|---|---|---|
| DATED: February 17, 2012 | | WEAKLEY & ARENDT, LLP |
| | By: | /s/ James J. Arendt |
| | | James J. Arendt |
| | | Michelle E. Sassano |
| | | Attorneys for DEFENDANT COUNTY OF KINGS |
| DATED: February 17, 2012 | | GUBLER, KOCH, DEGN & GOMEZ, LLP |
| | By: | /s/ Thomas W. Degn |
| | | Thomas W. Degn |
| | | Attorneys for PLAINTIFF DAVID L. DAVIS |

IT IS SO ORDERED.

**Dated:   February 22, 2012**              /s/ **Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE