James J. Arendt, Esq.        Bar No. 142937
Michelle E. Sassano, Esq.    Bar No. 232368

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, COUNTY OF KINGS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. DAVIS, | CASE NO. 1:10-CV-01953-AWI-SMS |
| Plaintiff, | **STIPULATED DISMISSAL AND ORDER** |
| v. | |
| KINGS COUNTY PROBATION and DOES 1 to 50 inclusive, | Complaint Filed: 10/15/10 |
| Defendants. | Trial Date: TBA |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff DAVID L. DAVIS, and Defendant COUNTY OF KINGS, sued herein erroneously as KINGS COUNTY PROBATION, through their attorney of record, hereby jointly request and stipulate to dismissal of the entire action, with prejudice, all parties to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED**.

DATED:  April 26, 2012

                                        WEAKLEY & ARENDT, LLP


                              By:   /s/  James J. Arendt
                                    James J. Arendt
                                    Michelle E. Sassano
                                    Attorneys for Defendants

_____
Stipulated Dismissal and Order

DATED: April \_\_\_\_, 2012

By: _____
David L. Davis,
Appearing Pro Se

**ORDER**

Accordingly to Rule 41 of the Federal Rules of Civil Procedure, the Clerk of the Court is DIRECTED to close this action in light of the parties' stipulation of dismissal.

IT IS SO ORDERED.

Dated:   May 7, 2012                                              _____
                                                                                    CHIEF UNITED STATES DISTRICT JUDGE